IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMBER EDGE, individual and on
behalf of others similarly situated                                    PLAINTIFF

V.                              4:18CV000425 JM

BLACKFOOT ENTERPRISES, INC.;
WALID ESMAIL and HOSAM ESMAIL                          DEFENDANTS

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal with Prejudice (ECF No. 26), the Court finds that this case should be dismissed. The Complaint and all claims in this action are hereby dismissed with prejudice. The Clerk is directed to close the case

IT IS SO ORDERED this 4th day of December, 2019.

_____
James M. Moody Jr.
United States District Judge